In the Matter of the Estate of JOHN E. WILSON, Deceased. FREDERICK E. WILSON, as Executor of JOHN E. WILSON, Deceased, Respondent; GEORGE S. LUDWIG et al., Appellants.

Submitted November 14, 1955; decided November 17, 1955.

Motion for an extension of time to serve and file respondent's brief granted and respondent directed to serve and file the brief, if any, within seven days from the date of this order.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL ABELSON et al., Appellants.

Submitted November 14, 1955; decided November 17, 1955.

Motion for further enlargement of time denied. [See 309 N. Y. 786.]